UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 19-20114-Civ-COOKE/REID
(13-20110 -Cr-COOKE)

JESSE ANDRE,

    Movant,

vs.

UNITED STATES OF AMERICA,

    Respondent.
_____/

### ORDER ADOPTING MAGISTRATE JUDGE'S REPORT

THIS MATTER was referred to United States Magistrate Judge Lisette M. Reid pursuant to 28 U.S.C. § 636(b)(1)(B), Rules 8 and 10 of the Rules Governing Section 2255 Cases in the United States District Courts, and Administrative Order 2019-2, for a ruling on all pre-trial, non-dispositive matters, and for a Report and Recommendation on any dispositive matters. *See* ECF No. 3.

On December 20, 2019, Judge Reid issued a Report (ECF No. 18) recommending that (i) Movant's Motion to Vacate Sentence pursuant to 28 U.S.C. § 2255 (ECF No. 1) be denied, and (ii) no certificate of appealability issue. Movant filed his Objections on January 12, 2020 (ECF No. 20).

Having considered Judge Reid's Report, Movant's Objections, examined the relevant legal authorities, and conducted a *de novo* review of the record, I find Judge Reid's Report clear, cogent, and compelling.

It is therefore **ORDERED and ADJUDGED** that Judge Reid's Report (ECF No. 18) is **AFFIRMED and ADOPTED**. Accordingly, the Motion to Vacate Sentence (ECF No. 1) is **DENIED** and the Court declines to issue a Certificate of Appealability. The Clerk is directed to **CLOSE** this case.

**DONE and ORDERED** in chambers, at Miami, Florida, this 27th day of April 2020.

*[signature: Marcia G. Cooke]*
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Lisette M. Reid, U.S. Magistrate Judge*
*Jesse Andre*, pro se